## GUMMELS v. N. C. DEPT. OF HUMAN RESOURCES

No. 9AP90

Case below: 97 N.C.App. 245

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 10 May 1990.

## IN RE MORRIS v. DUKE POWER CO.

No. 562P89

Case below: 96 N.C.App. 510

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 10 May 1990.

## INMAN v. LEISURE

No. 101P90

Case below: 97 N.C.App. 332

Petition by defendant (North American Van Lines) for discretionary review pursuant to G.S. 7A-31 denied 10 May 1990.

## JACKSON v. N. C. DEPT. OF CRIME CONTROL AND PUBLIC SAFETY

No. 123P90

Case below: 97 N.C.App. 425

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 10 May 1990.

## JOHNSON v. SMITH

No. 137P90

Case below: 97 N.C.App. 451

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 10 May 1990.